[27 NE3d 471, 3 NYS3d 757]

MARTA ALVAREZ, Appellant, v NYLL MANAGEMENT LTD. et al., Respondents.

Decided February 12, 2015

### APPEARANCES OF COUNSEL

*The Law Offices of James M. Sheridan, Jr., P.C.*, Garden City (*James M. Sheridan, Jr.* of counsel), and *Hallock & Malerba, P.C.*, Deer Park (*Larry Hallock* of counsel), for appellant.

*Baker, McEvoy, Morrissey & Moskovits, P.C.*, Brooklyn (*Colin F. Morrissey* of counsel), for respondents.

*New York State Trial Lawyers Association*, New York City (*Michael S. Levine* of counsel), for New York State Trial Lawyers Association, amicus curiae.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The Appellate Division correctly concluded that plaintiff failed to raise a triable issue of fact whether she suffered a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the underlying motor vehicle accident.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA and ABDUS-SALAAM. Taking no part: Judges STEIN and FAHEY.